UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| AMANDA L. IRELAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:16-cv-00376-JDL |
| COMMISSIONER, | ) |
| SOCIAL SECURITY | ) |
| ADMINISTRATION | ) |
| | ) |
| Defendant. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed his Recommended Decision (ECF No. 21) with the court on June 25, 2017, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The Plaintiff filed an Objection to the Recommended Decision (ECF No. 26) on August 7, 2017. The Defendant then filed a Response to the Plaintiff's Objection (ECF No. 27) on August 21, 2017. I held a hearing on September 27, 2017, and heard arguments from counsel for both the Plaintiff and the Defendant.

After reviewing and considering the Magistrate Judge's Recommended Decision, together with the entire record and counsel's arguments at the hearing, I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's recommended decision. I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is necessary. It is therefore **ORDERED** that the Recommended Decision (ECF No. 21) of the Magistrate Judge is hereby **ACCEPTED**.

**SO ORDERED.**

Dated: September 29, 2017

                                                  **/s/ Jon D. Levy**
                                             **U.S. DISTRICT JUDGE**